[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-16006
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 29, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00150-CR-3-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHELTON PURDUE,
a.k.a. Shelton M. Perdue,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(April 29, 2009)

Before BIRCH, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Randolph Murrell, appointed counsel for Shelton Purdue, has moved to

withdraw from further representation of the appellant and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the decision of the district court is **AFFIRMED**.